ACCEPTED
04-15-00332-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/28/2015 4:23:10 PM
KEITH HOTTLE
CLERK

## NO. 4246

| | | |
|---|---|---|
| **TEXAS WESTCHESTER FINANCIAL, LLC** | § | **IN THE COUNTY COURT** |
| **PLAINTIFF** | § | |
| | § | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS |
| **V.** | § | **COUNTY COURT** 05/28/2015 4:23:10 PM |
| | § | |
| **MANUEL CAMACHO and SIMONA** | § | KEITH E. HOTTLE<br>Clerk |
| **CAMACHO and all other occupants** | § | |
| | § | |
| **DEFENDANT** | § | **ATASCOSA COUNTY, TEXAS** |

## Notice of Appeal

Pursuant to rule 25.1, Texas Rules of Appellate Procedure, Defendant, **MANUEL CAMACHO and SIMONA CAMACHO** files this its notice of appeal. This case styled **MANUEL CAMACHO and SIMONA CAMACHO** v. **TEXAS WESTCHESTER FINANCIAL, LLC** was filed in Cause Number Cause No. 4246 in the County Court al Law, Atascosa County, Texas.

Defendants are the sole parties filing this Notice of Appeal, and desires to appeal the order on entry of final judgment signed on or about April 7, 2015 by Judge Lynn Ellison.

This appeal is to be to the fourth court of appeals District of Texas.

Respectfully Submitted,

THE LAW OFFICE OF
ALBERT W. VAN CLEAVE, III PLLC
1520 W. HILDEBRAND
SAN ANTONIO, TX   78201
(210) 341-6588
(210) 341-6589 (FACSIMILE)

BY:  _/s/_  *Gregory T. Van Cleave*_____
        Gregory T. Van Cleave
        State Bar No. 24037881
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

   I CERTIFY on or about this the <u> 27th </u> day of <u> May </u>, 2015, I served a true and correct copy of the foregoing **Notice of Appeal** on the following named person.

Jay Moritz
Texas Bar No. 24029737          via fax to (210) 928 - 9118
2600 S.W. Military, Suite 118
San Antonio, TX   78224


Atascosa County Clerk's Office
1 Courthouse Circle Drive #102
Jourdanton, TX

          <u>/s/   *Gregory T. Van Cleave*        </u>
          Gregory T. Van Cleave